```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 22335
   PETER A DHUSE
   JENNIFER E DHUSE                            CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9412    SSN XXX-XX-0087
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/29/07 and confirmed on 01/31/08.

2. The case was converted to Chapter 7 after confirmation, 01/30/2009.

3. The Debtor paid a total of $  3120.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ABN AMRO MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| AR CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 39702.46 | .00 | 1016.51 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3993.09 | .00 | 102.23 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 980.22 | .00 | 25.11 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1990.70 | .00 | 50.95 |
| CAPITAL ONE BANK | UNSECURED | 6867.68 | .00 | 175.83 |
| CAPITAL ONE BANK | UNSECURED | 1542.54 | .00 | 39.49 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 13368.51 | .00 | 342.27 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 24410.80 | .00 | 625.01 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1374.29 | .00 | 35.20 |
| CONSUMER ADJUSTMENT CO | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 11393.72 | .00 | 291.72 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | 2817.09 | .00 | 72.14 |
| MACYS RETAIL HOLDINGS IN | UNSECURED | 708.58 | .00 | 18.13 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NEXTCARD | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 988.60 | .00 | 25.30 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 2818.63 | .00 | 72.16 |
| WELLS FARGO FINANCIAL BA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1840.48 | .00 | 47.13 |
| ASSET ACCEPTANCE CORP | UNSECURED | 195.21 | .00 | 5.01 |

```
CITIMORTGAGE              SECURED              .00              .00              .00
     Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED        OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00    114992.60          .00    114992.60
PRINCIPAL PAID          .00          .00      2944.19          .00      2944.19
INTEREST PAID           .00          .00           .00          .00           .00
TOTAL PAID              .00          .00      2944.19          .00      2944.19
The Debtor's attorney, RONALD E LANG              , was allowed $         .00
and was paid $      .00 .

The Trustee received $    175.81 .

Refunds to the Debtor totaled $         .00 .
```

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/16/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE